IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01508-BNB

MARIE D. ANDERSON,

Plaintiff,

v.

GUARANTY BANK AND TRUST CO.,

Defendant.

_____

**ORDER**

_____

The parties appeared today for what was set as a scheduling conference.  The plaintiff is

proceeding pro se.  The defendant prepared and submitted a proposed scheduling order, but the

plaintiff failed to provide her input for those sections of the scheduling order requiring it.

IT IS ORDERED:

(1)    A supplemental scheduling conference is set for September 29, 2014, at 11:00

a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street,

Denver, Colorado.

(2)    The parties shall prepare a proposed scheduling order and submit it to the court on

or before September 25, 2014.  The plaintiff is directed to cooperate with defense counsel in the

preparation of the proposed scheduling order and must provide her input prior to September 25

to be included in the proposed scheduling order.

(3)    The plaintiff shall make her initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)

on or before September 29, 2014.

Dated September 4, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge