IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01508-BNB

MARIE D. ANDERSON,

Plaintiff,

v.

GUARANTY BANK AND TRUST CO.,

Defendant.

_____

**ORDER**
_____

The parties appeared today for a supplemental scheduling conference. The plaintiff is proceeding pro se.

I held an initial scheduling conference on September 4, 2014. In anticipation of the initial scheduling conference, the defendant prepared and submitted a proposed scheduling order, but the plaintiff failed to provide her input for those sections of the scheduling order requiring it. I ordered the plaintiff to cooperate with defense counsel in the preparation of the proposed scheduling order and to provide her input prior to September 25 to be included in the proposed scheduling order. Although the plaintiff claims that she emailed her input to defense counsel on September 25, defense counsel informs me that it was not received.

IT IS ORDERED:

(1) A second supplemental scheduling conference is set for October 30, 2014, at 9:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

(2)     The plaintiff, on or before October 19, 2014, must provide to defense counsel her information (e.g., statement of claims, computation of damages, persons to be deposed, number of expert witnesses and areas of expertise, etc.) to be included in the scheduling order.  The proposed scheduling order must be submitted to the court on or before October 23, 2014.

(3)     The plaintiff is cautioned that her failure to comply with this order may result in the imposition of sanctions, including dismissal of her claims.

Dated September 29, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge