IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01508-NYW

MARIE D. ANDERSON,

    Plaintiff,

v.

GUARANTY BANK AND TRUST CO.,

    Defendant.

___

**MINUTE ORDER**
___

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the Court on a Motion to Withdraw as Attorney ("the Motion") [#38].

    IT IS ORDERED that the Motion is GRANTED.  Stacy D. Mueller is granted leave to withdraw from the representation of Defendant Guaranty Bank and Trust Co., and is to be removed from the electronic service.

DATED:  July 27, 2015