IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  14-cv-01508-NYW

MARIE D. ANDERSON,

    Plaintiff,

v.

GUARANTY BANK AND TRUST CO.,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Nina Y. Wang on October 09, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Motion for Summary Judgment filed by Defendant, Guaranty Bank and Trust Co. is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Guaranty Bank and Trust Co., and against Plaintiff, Marie D. Anderson.  It is

FURTHER ORDERED that each party shall bear her or its own costs and fees. It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  9th  day of October, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

<u>s/ S. Libid</u>
S. Libid, Deputy Clerk